## Paul *v.* Karafin et ux., Appellants.

Argued March 21, 1972. *Charles F. G. Smith,* for appellant; *Benjamin Paul,* for appellees.

Order affirmed.

## Pollock, Appellant, *v.* Educators Mutual Life Insurance Company.

Argued March 23, 1972. *Leon H. Kline,* with him *Martin H. Philip,* for appellant; *F. Lyman Windolph,* with him *William H. Bayer,* and *Windolph, Burkholder & Hartman,* for appellee.

Judgment affirmed.

## Povlow *v.* DiFabio et ux., Appellants.

Argued March 21, 1972. *James P. Gannon,* for appellants; *S. Stanton Miller, Jr.,* with him *Class, Saulnier, Dunn & Abel,* for appellee.

Order affirmed.